# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Chad Goetz, | Docket 3:14-cv-01459-MEM |
| Plaintiff, | (JUDGE MALACHY E. MANNION) |
| v. | |
| Seterus, Inc., | FILED ELECTRONICALLY |
| Defendant. | |

## ORDER

The parties having filed a Stipulation of Voluntary Dismissal, it is

ORDERED that this action is hereby dismissed with prejudice.

The Clerk is directed to close the case.

Dated: 2/9/15

Malachy E. Mannion
United States District Judge